UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>WILLIAM GEORGE HORSLEY,<br><br>   Defendant.<br>_____/ | **1:04-cr-5334 OWW**<br><br>**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT**<br>**(L.R. 5-133)** |

TO:   LINDEN LINDAHL

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

DATED: June 22, 2005

/s/ Oliver W. Wanger
OLIVER W. WANGER
U.S. District Judge